UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-22226-MGC

RENATA MEDEIROS, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

SIMM ASSOCIATES, INC.,
a Delaware corporation,

    Defendant.
_____/

**NOTICE OF SETTLEMENT PENDING
AND REQUEST FOR EXTENSION OF TIME**

    Plaintiff, Renata Medeiros ("Plaintiff"), hereby files this Notice of Settlement Pending and Request for Extension of Time. The parties are in the process of negotiating, drafting, finalizing, and executing the applicable settlement documents. Accordingly, Plaintiff requests that any deadline for the filing of dismissal documents related to this action be extended by thirty (30) days in order to allow the parties sufficient time to finalize settlement.

    Respectfully submitted,

    /s/ *Christopher Legg*
    Christopher Legg, Esq.
    Florida Bar No. 44460
    CHRISTOPHER W. LEGG, P.A.
    499 E. Palmetto Park Rd., Ste. 228
    Boca Raton, Florida 33432
    Chris@theconsumerlawyers.com
    Office: 954-962-2333

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Christopher Legg*
Christopher W. Legg, Esq.
FL Bar No.: 44460